| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>JUSTICE, WILLIAM W | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/04/07 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial     ☒ Annual     ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>903 SAN JACINTO BLVD.<br>CHAMBERS 316<br>AUSTIN, TX 78701 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 9: 13 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 05/04/07 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 05/04/07 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 05/04/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▨▨▨ VAN ZANDT COUNTY | A | Rent | M | W | | | | | |
| 2. ▨▨▨ RUSK COUNTY, TX | A | Royalty | J | W | | | | | |
| 3. .05 WORKING INTEREST, KNIGHTS OF TABOR LEASE 149D, GREGG CTY | D | Royalty | K | W | | | | | |
| 4. .000172 ROYALTY INTEREST-HEND (1/5 OF 3.434375/62.8 ACRES) | A | Royalty | J | W | | | | | |
| 5. OPELIKA GAS POOL 22 CROSS TIMBERS HENDERSON CO TX | D | Royalty | K | W | | | | | |
| 6. A. ANGLIN SURVEY, HENDERSON COUNTY, TX | B | Royalty | J | W | | | | | |
| 7. E. F. EDWARDS GAS UNIT - VAN ZANDTZ CO TX | A | Royalty | J | W | | | | | |
| 8. GUARANTY BANK, ACCT 4 | A | Interest | K | T | | | | | |
| 9. GUARANTY BANK, ACCT 5 | A | Interest | | | Liquidated | 6/14 | J | | PART VIII |
| 10. GUARANTY BANK, ACCT 7 | B | Interest | K | T | | | | | |
| 11. GUARANTY BANK, ACCT 9 | A | Interest | J | T | BOUGHT | 6/14 | J | | PART VIII |
| 12. SMITH BARNEY MONEY MARKET ACCT. | A | Interest | K | T | | | | | |
| 13. SMITH BARNEY WYLIE ISD BOND | B | Interest | K | T | | | | | |
| 14. SMITH BARNEY PLANO TX ISD BOND | A | Interest | K | T | | | | | |
| 15. SMITH BARNEYDALLAS TX ISD BOND | B | Interest | K | T | | | | | |
| 16. FROST BROKERAGE SERVICES #2 - MONEY MARKET | A | Dividend | J | T | | | | | |
| 17. FROST BROKERAGE SERVICES #2 - | | None | O | T | Bought | 7/06 | O | | PART VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 05/04/07 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| UNITED STATES TREASURY NOTE | | | | | | | | | |
| 18. FROST BROKERAGE SERVICES #2 - UNITED STATES TREASURY NTS | D | Interest | | | Liquidated | 7/06 | O | | PART VIII |
| 19. WELLS FARGO BANK, ACCT 1 | B | Interest | L | T | | | | | |
| 20. FROST BROKERAGE SERVICE #1 MONEY FUNDS - PRIME FUND | A | Dividend | J | T | | | | | |
| 21. FROST BROKERAGE SERVICES #1 - BUILDERS BK CHICAGO IL | D | Interest | | | Liauidated | 12/14 | M | | PART VIII |
| 22. FROST BROKERAGE SERVICES #1 - ALPHA BK & TR ALPARETTA CD | | None | M | T | Bought | 12/22 | M | | PART VIII |
| 23. FROST NATIONAL BANK ACCT 2 CHECKING MM | A | Interest | L | T | | | | | |
| 24. FAMILY TRUST, SPOUSE, TRUSTEE, FROST NATIONAL BANK | A | Interest | J | T | | | | | |
| 25. J.P. MORGAN CHASE BANK | B | Interest | K | T | | | | | |
| 26. JW BASS GAS UNIT VAN ZANDT CO TX 0.009430800 ROYALTY INT | A | Royalty | J | W | | | | | |
| 27. TREASURY DIRECT TWO YEAR TREASURY NOTE | D | Interest | N | T | | | | | |
| 28. TREASURY DIRECT TWO YEAR TREASURY NOTE | D | Interest | M | T | | | | | |
| 29. TREASURY DIRECT THREE YEAR TREASURY NOTE | D | Interest | M | T | | | | | |
| 30. TREASURY DIRECT FIVE YEAR TREASURY NOTE | C | Interest | L | T | | | | | |
| 31. TREASURY DIRECT THREE YEAR TREASURY NOTE | D | Interest | N | T | Bought | 3/31 | N | | PART VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 05/04/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, PAGE 4 OF 7, ITEM 9 GUARANTY BANK ACCT. 5 LIQUIDATED AND TRANSFERRED TO PART VII, PAGE 4 OF 7, ITEM 11.

PART VII, PAGE 4 OF 7, ITEM 11, GUARANTY BANK ACCT. 9 OPENED BY TRANSFER IN FROM PART VII, PAGE 4 OF 7 ITEM 9.

PART VII, PAGE 4 OF 7, ITEM 17, FROST BROKERAGE #2 UNITED STATES TREASURY NOTE WAS PURCHASED 7/06 WITH PROCEEDS FROM LIQUIDATING PART VII, PAGE 5 OF 7, LINE 18 FROST BROKERAGE #2 UNITED STATES TREASURY NOTE.

PART VII, PAGE 5 OF 7, ITEM 18, FROST BROKERAGE #2 UNITED STATES TREASURY NOT WAS LIQUIDATED AND THE PROCEEDS WERE USED TO PURCHASE PART VII, PAGE 4 OF 7, ITEM 17, FROST BOKERAGE #2.

PART VII, PAGE 5 OF 7, LINE 21 - THIS NOTE WAS SOLD AND THE MONEY WAS USED TO PURCHASE THE ALPHA BK & TR ALPHARETTA CD ON LINE 22.

PART VII, PAGE 5 OF 7, LINE 22 - THIS NOTE WAS PURCHASED WITH MONEY FROM THE SALE OF BUILDERS BK CHICAGO ILL. NOTE ON LINE 21.

PART VII, PAGE 5 OF 7, LINE 31 - THIS NOTE WAS PURCHASED WITH MONEY FROM J.P. MORGAN CHASE BANK ON LINE 25.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign:                                                                        May 10, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544